Form B20B (Official Form 20B)
12/1/2010

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | Case No. | 15-57785-pjs |
| Patriaka Rossell | Chapter | 13 |
| | Judge | Shefferly |

Debtor(s)/

## OBJECTION TO THE PROOF OF CLAIM OF UNITED CONSUMER FINANCIAL SERVICES (PACER CLAIM NO. 7-1)

NOW COMES, Debtor Patriaka Rossell, by and through her attorneys, Thav Gross, P.C., and in support of her objection to the Proof of Claim of United Consumer Financial Services (PACER Claim No. 7-1), states:

1. Debtor filed for Chapter 13 relief on December 7, 2015.
2. United Consumer Financial Services (PACER Claim No. 7-1) filed a Proof of Claim on March 4, 2016.
3. United Consumer Financial Services (PACER Claim No. 7-1) Proof of Claim sets forth a secured claim in the amount of $1,034.55.
4. The proof of claim filed on behalf of United Consumer Financial Services (PACER Claim No. 7-1), asserts that the claim is secured, but fails to attach proof that its security interest has been perfected in contravention of F.R.Bankr.P. 3001(d).

WHEREFORE, Debtor prays that this Honorable Court disallow the Proof of Claim of United Consumer Financial Services (PACER Claim No. 7-1) and grant any further and other relief as this Court deems equitable and just.

Dated: February 20, 2017

/s/ Brian Joel Small

Brian J. Small (P46901)
Garik Osipyants (P69952)
Thav Gross PC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | Case No. | 15-57785-pjs |
| Patriaka Rossell | Chapter | 13 |
| | Judge | Shefferly |

Debtor(s)
_______________________________________/

**ORDER DISALLOWING THE PROOF OF CLAIM OF UNITED CONSUMER FINANCIAL SERVICES (PACER CLAIM NO. 7-1)**

This matter come before the court upon the Objection to Proof of Claim filed by the Debtor pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served or all objections having been withdrawn, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of United Consumer Financial Services (PACER Claim No. 7-1) on or about March 4, 2016 is disallowed.

IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | Case No. | 15-57785-pjs |
| Patriaka Rossell | Chapter | 13 |
| Address: 3924 Ravensfield Drive #134, Canton, MI 48188 | Judge | Shefferly |

____________________________Debtor(s)/

**NOTICE OF OBJECTION TO CLAIM**

Debtor, by and through her attorneys, Thav Gross, P.C., has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before **March 21, 2017**, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

U.S. Bankruptcy Court
211 W. Fort Street, Suite 1700
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

Brian J. Small,
Thav, Gross PC,
30150 Telegraph Rd., Ste 444,
Bingham Farms, MI 48025

David Wm. Ruskin, 1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251

2. Attend the hearing on the objection, scheduled to be held on **March 28, 2017** at 10:00 am in the Courtroom of Judge Shefferly, 211 W. Fort Street Courtroom 1975 Detroit, MI 48226, United States Bankruptcy Court , 211 West Fort Street, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trail conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Dated: February 20, 2017

/s/ Brian Joel Small
Brian J. Small (P46901)
Garik Osipyants (P69952)
Thav Gross PC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com

Revised 12/1-2010

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | Case No. | 15-57785-pjs |
| Patriaka Rossell | Chapter | 13 |
| | Judge | Shefferly |
| Debtor(s) | | |

______________________________________/

## PROOF OF SERVICE

Brian J. Small, being sworn, deposes and says that on February 20, 2017 he served a copy of Debtor's Objection To The Proof of Claim of United Consumer Financial Services (PACER Claim No. 7-1), (Proposed) Order Granting Debtor's Objection To The Proof of Claim, Notice of Objection To Claim, and Proof of Service in said case upon the following parties by depositing said copies in the U.S. Mail, postage prepaid, properly addressed as follows**:**

**TRUSTEE:**

David Wm. Ruskin,
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251

**CREDITOR:**

United Consumer Financial Services
c/o Bass & Associates
3936 E. Ft. Lowell Suite 200
Tuscon, AZ 85712

Dated: February 20, 2017

/s/ Brian Joel Small
Brian J. Small (P46901)
Garik Osipyants (P69952)
Thav Gross PC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re: | Case No. | 15-57785-pjs |
| Patriaka Rossell | Chapter | 13 |
| | Judge | Shefferly |

Debtor(s)
_______________________________________/

**CERTIFICATE OF NO RESPONSE**

This matter having come before the court on Debtor's objection to the Proof of Claim of United Consumer Financial Services (PACER Claim No. 7-1) filed on March 4, 2016, said Objection having been filed on February 20, 2017 and no timely or proper response has been filed with the Court, and the Court is fully advised in the premises.

**THAV GROSS PC**

/s/ Brian Joel Small
Brian Joel Small (P46901)
Garik Osipyants (P69952)
Thav Gross PC
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com